CAUSE NO. DC-19-05466

| | | |
|---|---|---|
| **MONTEREY RESOURCES, LLC,** | § § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § § | |
| v. | § § | 101st JUDICIAL DISTRICT |
| **405 ARAPAHOE, LLC AND ARENA INVESTORS, LP,** | § § § § | |
| *Defendants.* | § § § § | OF DALLAS COUNTY, TEXAS |

## DEFENDANTS' NOTICE OF FEDERAL COURT REMOVAL

Please take notice that Defendants 405 Arapahoe, LLC and Arena Investors, LP ("Defendants") have, pursuant to federal law, filed with the clerk of the United States District Court for the Northern District of Texas a Notice of Removal, a copy of which is attached to this document as **Exhibit 1**, and that this action is removed to the United States District Court for trial as of today, May 13, 2019.

This Court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By:  */s/ Christopher B. Trowbridge*
Christopher B. Trowbridge
State Bar No. 24008182
ctrowbridge@bellnunnally.com
Kristopher D. Hill
State Bar No. 24066674
khill@bellnunnally.com

2323 Ross Ave., Suite 1900
Dallas, Texas  75201

**Defendants' Notice of Federal Court Removal—Page 1**


EXHIBIT B

Telephone: (214) 740-1405
Facsimile: (214) 740-1499

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a true and correct copy of the foregoing was served on the following counsel of record on May 13, 2019, as follows:

**VIA EFILE.TXCOURTS.GOV**

| | |
|---|---|
| Julie Pettit, Esq. | Michael K. Hurst, Esq. |
| Craig Stoddart, Esq. | Lynn Pinker Cox & Hurst, LLP |
| David Urteago, Esq. | 2100 Ross Avenue, Suite 2700 |
| Jane Cherry, Esq. | Dallas, Texas 75201 |
| The Pettit Law Firm | |
| 2101 Cedar Springs, Suite 1540 | |
| Dallas, Texas 75201 | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEY FOR PLAINTIFF** |

/s/ *Christopher B. Trowbridge*
Christopher B. Trowbridge